1

2

3

4

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   **JOHN MICHAEL KIRK,**                          CIV S-07-2521 GEB GGH P

12                                  Petitioner,      **ORDER**

13            **v.**

14   **TOM FELKER, et al.,**

15                                  Respondents.

16

17           Upon considering Respondent's request, and good cause appearing therefore,

18   Respondent shall have 60 days from service of this order to file a response to Petitioner's

19   application for writ of habeas corpus.

20   Dated: 01/22/08                          /s/ Gregory G. Hollows
                                               U.S. Magistrate Judge
21

22   kirk2521.po

23

24

25

26

27

28

[Proposed] Order

                                             1