IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN MICHAEL KIRK,** | CIV S-07-2521 GEB GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **TOM FELKER, et al.,** | |
| Respondents. | |

Upon considering Respondent's request, and good cause appearing therefore, Respondent shall have 30 days from service of this order to file a response to Petitioner's application for writ of habeas corpus.

Dated: 03/26/08               /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE

kirk2521.po2

[Proposed] Order

1