IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN MICHAEL KIRK,

    Petitioner,                      No. CIV S-07-2521 GEB GGH P

    vs.

TOM FELKER, et al.,

    Respondents.                   <u>ORDER</u>

                                    /

        Petitioner has requested an extension of time to file an opposition to respondent's April 25, 2008 motion to dismiss the petition as barred by the AEDPA statute of limitations. The court will grant petitioner an extension of time.

        Petitioner has also requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. <u>See</u> <u>Nevius v. Sumner</u>, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." <u>See</u> Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's May 21, 2008 request for an extension of time (Docket #15) is granted;

1  2. Petitioner is granted thirty days from the date of this order in which to file an
2  opposition to respondent's motion to dismiss;
3  3. Petitioner's May 21, 2008 motion for appointment of counsel (Docket #14) is
4  denied without prejudice to a renewal of the motion at a later stage of the proceedings.
5  DATED: 06/02/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/ja
kirk2521.110+