IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN MICHAEL KIRK,

        Petitioner,             No. CIV S-07-2521 GEB GGH P

    vs.

TOM FELKER, et al.,

        Respondents.       <u>ORDER</u>

_____/

        Petitioner has requested a second extension of time to file an opposition to respondent's April 25, 2008 motion to dismiss (Docket #12). Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's July 1, 2008 request for an extension of time (Docket #17) is granted, in part;

        2. Petitioner is granted twenty days from the date of this order in which to file his opposition; and

        3. There will be no further extension.

DATED: 07/14/08

                                      /s/ Gregory G. Hollows

                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

GGH:009/ja
kirk2521.111