IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN MICHAEL KIRK,

    Petitioner,                        2:07-cv-2521-GEB-GGH-P

    vs.

TOM FELKER, et al.,

    Defendants.                    <u>ORDER</u>

_____/

         On January 26, 2009, respondent filed a request for reconsideration of the magistrate judge's order filed January 13, 2009, setting an evidentiary hearing to determine whether petitioner might be entitled to equitable tolling for the filing of his habeas corpus petition.[1] Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld

---

[1] Respondent appears to believe that he was deprived of an opportunity to address the issue of equitable tolling with "newly discovered rebuttal evidence" prior to the setting of an evidentiary hearing because the magistrate judge construed petitioner's filing in response to the motion to dismiss as seeking equitable tolling on petitioner's "bare allegation" that he was not informed by his counsel of the date of the July 26, 2007, denial of his state supreme court petition for review until late October of 2007. However, respondent failed to file a reply to petitioner's response. The reconsideration process is not one to be utilized to cure defaults. In any event, there is no requirement of a motion for an evidentiary hearing before the court determines the need for one based on an adjudication of a motion to dismiss. In addition, respondent's request for judicial notice of unauthenticated copies of what are characterized as

1. unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that
2. it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.
3.    Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the
4. magistrate judge filed on January 13, 2009 (Docket # 21), is affirmed.
5. Dated:  February 9, 2009

             GARLAND E. BURRELL, JR.
             United States District Judge

---

26. state court records does not, on the face of it, resolve the issue.