IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN MICHAEL KIRK,

    Petitioner,                      No. CIV S-07-2521 GEB GGH P

    vs.

TOM FELKER, et al.,

    Respondents.                  <u>ORDER</u>

_____/

        Pursuant to the stipulation filed on May 14, 2009, the court will grant a continuance of the evidentiary hearing. While the court is permitting this continuance, such delays, particularly on threshold matters, can significantly prolong resolution of a case, which neither works to the benefit of the parties nor does it promote efficiency in the judicial process. The writ, also issued on May 14, 2009, will be vacated. At the appropriate time, petitioner's counsel will prepare and submit a new writ for petitioner's videoconference appearance at the re-scheduled hearing.

        Accordingly, IT IS ORDERED that:

        1. Pursuant to the stipulation, filed on May 14, 2009 (docket # 32), the evidentiary hearing in this case, currently scheduled for June 15, 2009, shall be continued to November 16, 2009, at 9:00 a.m.;

\\\\\

2. There will be no further extension;

3. The writ of habeas corpus ad testificandum, issued on May 14, 2009 (docket # 31), is hereby VACATED; at the appropriate time, counsel for petitioner must submit a new writ for petitioner's appearance at the evidentiary hearing by way of videoconferencing; and

4. The Clerk of the Court must serve a copy of this order by mail upon Acting Warden Mike McDonald at High Desert State Prison, 475-750 Rice Canyon Road, P.O. Box 750, Susanville, CA 96127.

DATED: May 19, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
kirk2521.ord2