DANIEL J. BRODERICK, #89424
Federal Defender
ANN C. McCLINTOCK, Bar #141313
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
JOHN MICHAEL KIRK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MICHAEL KIRK,<br><br>      Petitioner,<br><br>v.<br><br>TOM FELKER,<br><br>      Respondent. | NO. CIV.S 07-2521 GGEB GGH P<br><br>**PETITIONER'S APPLICATION FOR AUTHORITY TO SUBPOENA WITNESSES AND HAVE UNITED STATES MARSHAL PAY WITNESS AND TRAVEL FEES PURSUANT TO 28 U.S.C. § 1825(b)** |

    Petitioner John Michael Kirk by and through the Office of the Federal Defender, and its attorney, Ann C. McClintock, and asks this Court for an order authorizing the issuance of subpoenas and the payment of witness and travel fees by the United States Marshal as provided in Title 28 U.S.C. § 1825(b). This Court has already granted petitioner indigent status and has set an evidentiary hearing in this matter for December 1, 2009.

    The following is a list of petitioner's witnesses and a brief summary of the substance of each witnesses testimony:

<u>Rita L. Swenor</u>

    Ms. Swenor was Petitioner's attorney for the state appellate proceedings. Ms. Swenor is expected to testify concerning her communications with Mr. Kirk and regarding

her preparation of the federal habeas petition she sent him in October 2007.  Ms. Swenor's principal place of business is within 100 miles of the federal courthouse in Sacramento.

<u>Gary McCurdy</u>

Mr. McCurdy is the custodian of records for the Central California Appellate Project.  He is expected to testify concerning correspondence CCAP received from John Michael Kirk regarding Mr. Kirk's direct criminal appeal, *People v. Kirk*, C048321, in the California Court of Appeal, Third Appellate District.  Mr. McCurdy's principal place of business is within 100 miles of the federal courthouse in Sacramento.

Correctional Sergeant M. Keating

Sgt. Keating is the custodian of records for High Desert State Prison and provided the documents found at Petitioner's Exhibit 3.  Petitioner does not seek subpoena power for this witness as his principal place of business is more than 100 miles from the federal courthouse in Sacramento.

Correctional Sergeant David Stone

Sgt. Stone is the custodian of records for Pleasant Valley State Prison and provided the documents found at Petitioner's Exhibit 2.  Petitioner does not seek subpoena power for this witness as his principal place of business is more than 100 miles from the federal courthouse in Sacramento.

WHEREFORE, Petitioner John Michael Kirk respectfully requests this Court enter the proposed order being lodged with this application to authorize Petitioner's counsel to issue subpoenas for Rita L. Swenor, Esq.  and Gary McCurdy and to direct the United States Marshal for the Eastern District of California to pay any witness and travel fees associated with the testimony of Petitioner's witnesses as provided in 18 U.S.C. § 1825(b).

/ / /

1 | Petitioner thus has established that these witnesses need to be present at the
2 | evidentiary hearing in order to allow petitioner to present an adequate case.
3 | DATED: November 19, 2009          Respectfully submitted,
4 |                                   DANIEL J. BRODERICK
  |                                   Federal Defender
5 |
6 |                                   /s/ Ann C. M<sup>c</sup>Clintock
  |                                   ANN C. McCLINTOCK
7 |                                   Assistant Federal Defender
8 |                                         * * *
9 |
10 | Authorization for the issuance of the subpoenas and payment of the witness and travel fees is hereby granted pursuant to 28 U.S.C. § 1825(b).
11 | DATED: November 23, 2009
12 |                                    /s/ Gregory G. Hollows
13 |                                   _____
14 |                                   UNITED STATES MAGISTRATE JUDGE
15 | kirk2521.wit